RECEIVED

JUN 2 3 2026

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____DIVISION

Plaintiff(s), Ms. Jackie Roberts

v. St. Louis Public Schools Chartwell K-12

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Defendant(s).  (Enter above the full name(s)
of all defendants in this lawsuit. Please
attach additional sheets if necessary.)

Case No. _____
        (to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES ☐    NO ☐

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.    This employment discrimination lawsuit is based on (check only those that apply):

✓  Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____  Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

____  Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

_____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

_____ Other (Describe)

## PARTIES

2. Plaintiff's name: Ms. Jackie Roberts

   Plaintiff's address: 1418 Carroll St. Apt. 102
   _____
   Street address or P.O. Box

   St. Louis, Mo. 63104
   _____
   City/ County/ State/Zip Code

   (585) 481-9655
   _____
   Area code and telephone number

3. Defendant's name: St. Louis Public Schools Charter

   Defendant's address: Chartwells St. Louis public etis; K-12
   _____
   Street address or P.O. Box    email address: britaneypoke@compass-usa.com

   St. Louis, Mo. 63136
   _____
   City/County/State/Zip Code

   814) 381-4255
   _____
   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4.    If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____

(Street Address)              (City/County)              (State)    (Zip Code)

5.    When did the discrimination occur?  Please give the date or time period:

_April, 21st I was terminated on this date on retaliction_

## ADMINISTRATIVE PROCEDURES

6.    Did you file a charge of discrimination against the defendant(s) with the Missouri

Commission on Human Rights?

☐ Yes    Date filed: _June 14th, 2026_

☐ No

7.    Did you file a charge of discrimination against the defendant(s) with the Equal

Employment Opportunity Commission or other federal agency?

☑ Yes    Date filed: _____

☐ No

8.    Have you received a Notice of Right-to-Sue Letter?

☑ Yes                          ☐ No

If yes, please attach a copy of the letter to this complaint.

9.    If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the

Equal Employment Opportunity Commission.

___✓___fewer than 60 days have passed since I filed my charge of age discrimination with the

Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10.    The conduct complained of in this lawsuit involves (check only those that apply):

\_\_\_\_  failure to hire me

✓  termination of my employment

\_\_\_\_  failure to promote me

\_\_\_\_  failure to accommodate my disability

\_\_\_\_  terms and conditions of my employment differ from those of similar employees

✓  retaliation

\_\_\_\_  harassment

\_\_\_\_  other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

☑ Yes                                   ☐ No

4

11.    I believe that I was discriminated against because of my (check all that apply):

_____    race

___✓___    religion

_____    national origin

_____    color

___✓___    gender

_____    disability

___✓___    age (birth year is:    __1976__ )

_____    other:

Did you state the same reason(s) in your charge of discrimination?

[✓] Yes                    [ ] No

12.    State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

I was very nice and willing to do whatever I just about what I was told working with 2 other women younger than me. I was ok ot doing whatever was needed. Until one day the younger coworker got mad and threatened me cause of my age till because she did not like the fact that I spoke up for someone else. and I cried

(Continue to page 6, if additional space is needed.)

up getting fired because her and the other co-worker were cool and she worked against me and I got fired.

up getting fired (because) and the of the other (sherell) co-worker which was our lead at the school her named is Barbara. they were cool and she worked against me and I was fired

(Attach additional sheets as necessary).

6

13.    The acts set forth in paragraph 12 of this complaint:

☐    are still being committed by the defendant.

☑    are no longer being committed by the defendant.

☐    may still be being committed by the defendant.

### REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you.  Make no legal arguments;

cite no cases or statutes.

I want to be compensated for all the time I was off while terminated for no apparent reason. I also want all my financial responsibilities I fell behind with all paid off. and I would like Brittany Poke fired.

14.    Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

Mrs. Jackie Roberts

7

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _23_ day of ____June____, 20_26_.

Signature of Plaintiff _____

8